**FILED**
**DEC 0 4 2018**
**Clerk, U.S. District and Bankruptcy Courts**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                         )
                              )
                              )   Case No. **18-0771**
                              )   (Chapter __)
         Debtor(s).           )

LIST OF CREDITORS AND MAILING MATRIX

1. The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's Local Bankruptcy Rules, consists of __1__ pages and a total of __5__ entities listed.

2. The attached list contains a true and correct name and address of:

   • each of my creditors (those entities required to be scheduled on Schedules D, and E/F, the Schedules of Creditors Holding Claims, in this case),

   • each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _4_ day of _12 - 4_, _2018_ by:

_Bennie D Bacchus_
Debtor

Executed on this ____ day of _____, _____ by:

_____
Joint Debtor (if joint case filed by both spouses)

① DEUTSCHE BANK NATIONAL TRUST CO / DAY PITNEY LLP, 1100 NEW YORK AVE. N.W Suite 300 WASH D.C 20005

② WASA (KAREN Bower) 5008 CONNECTICU AV NW WASH D.C 20008

③ PEPCO - 701 9th ST NW WASH D.C 20001

④ T-MOBILE - 12920 SouthEAST 38th ST Bellevue WASHington 98006

⑤ Comcast - 3400 CONNECTICu AV N.W WASH D.C 20008